AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.

JIAN ZHAO

*Defendant*

Case No. CR25-5040 BHS

FILED ____ LODGED
____ RECEIVED
MAR -7 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JIAN ZHAO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 (Conspiracy to Gather, Transmit or Lose National Defense Information) 18 U.S.C. § 793(g)
Count 2 (Bribery of Public Official) 18 U.S.C. § 201(b)(2)(C)
Count 3 (Theft of Government Property) 18 U.S.C. § 641

Date: 03/05/2025

*Issuing officer's signature*

T. Hickman
*Printed name and title*

City and state: Tacoma, Washington

### Return

This warrant was received on *(date)* 3/5/25, and the person was arrested on *(date)* 3/6/25
at *(city and state)* Lacey, WA.

Date: 3/6/25

*Arresting officer's signature*

Elizabeth Fisher, Special Agent
*Printed name and title*