The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIAN ZHAO,

Defendant.

NO. CR 25-5040-BHS

ORDER DESIGNATING A CLASSIFIED INFORMATION SECURITY OFFICER AND ALTERNATE CLASSIFIED INFORMATION SECURITY OFFICERS

Having read and considered the Government's unopposed 18 U.S.C. App. 3, § 2 Notice and Memorandum of Points and Authorities in Support Thereof, the Court is aware that this case may involve classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980).

IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Court HEREBY APPOINTS W. Scooter Slade, Supervisory Security Specialist, for the position of Classified Information Security Officer in the above-captioned matter. The Court FURTHER APPOINTS Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble,

Order Designating Classified Information Security Officer - 1
*United States v.* Zhao / CR 25-5040-BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

and Harry J. Rucker as Alternate Classified Information Security Officers in the above-captioned matter.

      IT IS SO ORDERED.

Dated this 4th day of August, 2025.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW, D.C. #462662
KATHERINE A. RYKKEN, CAB #267196
Special Assistant United States Attorneys
1201 Pacific Ave., Suite 700
Tacoma, WA 98402
Phone: 503-727-1000
E-mail: katherine.rykken@usdoj.gov;
geoffrey.barrow@usdoj.gov

Order Designating Classified Information Security Officer - 2
*United States v.* Zhao / CR 25-5040-BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800